IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LOPEZ,                )<br>                              )<br>           Plaintiff,       )<br>                              )<br>      v.                      )<br>                              )<br>CITY OF VISALIA, TULARE       )<br>COUNTY SHERIFF'S DEPARTMENT, )<br>                              )<br>           Defendants.       )<br>_____) | CV F 05-11226 AWI SMS<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATION AND<br>DISMISSING ACTION |

    This is a civil action filed by Rafael Lopez.  The matter was referred to a United States Magistrate Judge for scheduling and discovery matters.  Plaintiff failed to timely serve defendants with the complaint or the court's order setting a Mandatory Scheduling Conference, timely e-file a Joint Scheduling Report, attend the court's Scheduling Conference, or otherwise contact the court.  On March 22, 2006, the Magistrate Judge issued Findings and Recommendations that recommended the court dismiss this action for Plaintiff's failure to prosecute, failure to comply with court orders, and failure to otherwise contact the court.  The Findings and Recommendations were served on Plaintiff and  gave notice that Plaintiff could file objections within ten days.   Plaintiff did not file objections the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C this court has conducted a de novo review of this case.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the entire file, the court finds the Findings and

Recommendations to be supported by the record and by proper analysis  Therefore, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 22, 2006, are ADOPTED IN FULL; and
2. This action is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute, failure to comply with court orders, and failure to contact the court.

IT IS SO ORDERED.

**Dated:   May 31, 2006**                                        **/s/ Anthony W. Ishii**
0m8i78                                                              UNITED STATES DISTRICT JUDGE